UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HUE XUE,

                      Plaintiff,

      -against-

PETER T. JENSEN, MIN LU a/k/a MINDY
LU, THE JENSEN LAW FIRM, PLLC,

                      Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/2020

19 CIVIL 1761 (VSB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 19, 2020, Because the Court finds that it does not have personal jurisdiction over Defendant Lu, Defendant Lu's motion to dismiss is GRANTED. Plaintiff's remaining causes of action are also dismissed as her claims against Jensen and the Jensen Law Firm for legal malpractice and breach of fiduciary duty are time barred, and Plaintiff has not sufficiently pled her claims against these defendants for fraud and fraudulent concealment, negligent representation, civil conspiracy, or unjust enrichment. Accordingly, Defendants' motion to dismiss Plaintiff's Amended Complaint is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

        November 20, 2020

                                                              **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                                **BY:**

                                                                **Deputy Clerk**